**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                                           **No. 13-cr-2158 RB**

**EDWIN JUAREZ-RAMOS,**

    Defendant.

**NOTICE OF HEARING**
**ON MOTION TO SUPPRESS STATEMENTS**

THIS MATTER is before me on Defendant Edwin Juarez-Ramos' Motion to Suppress Statements [Doc. 15], filed on July 18, 2013.  Pursuant to the reference by the Court, [Doc. 21], a hearing on the Motion to Suppress Statements is **SET** for **August 28, 2013, at 1:30 p.m.** in the Doña Ana Courtroom on the third floor of the United States Courthouse, at 100 North Church Street in Las Cruces, New Mexico.

    **IT IS SO ORDERED**.

                                                                     _____
                                                                     **STEPHAN M. VIDMAR**
                                                                       **United States Magistrate Judge**