IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                   No. 13-cr-2158 RB

EDWIN JUAREZ-RAMOS,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 28] ("PF&RD"), issued on September 3, 2013. On reference by the Court, the Honorable Stephan M. Vidmar, United States Magistrate Judge, held a hearing on Defendant Edwin Juarez-Ramos' Motion to Suppress Statements [Doc. 15]. Judge Vidmar found that Defendant was not entitled to a *Miranda*[1] warning during the investigatory detention in the desert. [Doc. 28]. Therefore, he found that Defendant's statements should not be suppressed and that his motion should be denied. *Id.* Defense counsel has indicated that no objections will be filed to the PF&RD.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 28] are **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant Edwin Juarez-Ramos' Motion to Suppress Statements [Doc. 15] is **DENIED**.

**IT IS SO ORDERED.**

                                                                             ROBERT C. BRACK
                                                                             United States District Judge

---

[1] *Miranda v. Arizona*, 384 U.S. 436, 444 (1966).